| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☒ Agent ☐ Addressee<br>X _Rookia Anderson_<br>B. Received by (Printed Name): LaKeshia Anderson   C. Date of Delivery: 7/2/07<br>D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>The Town of Florala, Alabama<br>c/o Mayor Dany FrankLIN<br>22642 Wall Avenue<br>Florala, Alabama  36422<br><br>2:07cv579-MEF S+C | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered         ☒ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0006 2073 6282 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540