

United States District Court
Middle District of Alabama
Office of the Clerk
P. O. Box 711
Montgomery, Alabama 36101

Neil Pittman
Andalusia Police Department
401 Opp Ave.

ADDRESSEE
UNKNOWN

RECEIVED

2007 JUL -5 (A ID: 0 )

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

7006 0810 0006 2073 6275

UNITED STATES POSTAL SERVICE
$005.45⁰

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |

Clyde Scofield, Tina Scofield, Penny Copley and
Robert Hobby

**SUMMONS IN A CIVIL ACTION**

V.

The Town of Florala, Alabama Municipal
Corporation, and Neil Pittman

CASE NUMBER: 2:07 cv579-MEF

TO: (Name and address of Defendant)

Neil Pittman
Andalusia Police Department
401 Opp Ave.
Andalusia, Alabama 36420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JARED & BRUNSON
Debbie Lindsey Jared
Charles Matthew Brunson
P. O. Box 358
Elba, Alabama 36323

Steve Blair
P. O. Box 310843
Enterprise, Alabama 36331

an answer to the complaint which is served on you with this summons, within _____ 20 days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

6-29-07

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                         *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.