IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLYDE SCOFIELD, et al.,** | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 2:07-cv-579-MEF |
| **CITY OF FLORALA, ALABAMA,** et al., | ) ) ) ) |
| Defendants. | ) ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW The City of Florala, a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**This party is a governmental entity.**

<b>s/ James H. Pike</b><br>
James H. Pike (PIK003)<br>
Attorney for Defendants<br>
The City of Florala, Alabama

1

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on July 20, 2007, I electronically served a copy of this document upon:

Steve Blair
P.O. Box 310843
Enterprise, Alabama 36331

Charles M. Brunson
JARED & BRUNSON
P.O. Box 358
Elba, Alabama 36323

                                    **s/ James H. Pike**
                                    James H. Pike