IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLYDE SCOFIELD, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:07-cv-579-MEF |
| CITY OF FLORALA, ALABAMA, et al., | ) ) ) ) |
| Defendants. | ) |

**JOINT RULE 26(f) REPORT**

I.  Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, a telephone conference was held on this date and was attended by Steven E. Blair for the plaintiffs and James H. Pike for the defendants. The parties agreed to the following discovery plan.

II.  Pre-Discovery Disclosures. The parties will exchange by October 12, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

III.  Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    A.  Discovery will be needed on the following subjects:

        1.  The facts and circumstances surrounding the events made the basis of this lawsuit;

        2.  Expert witness opinions; and

        3.  The damages claimed by the plaintiffs.

    B.  All discovery should be commenced in time to be completed by November 21, 2008.

    C.    A maximum of forty interrogatories should be allowed by each party to any other party.

    D.    A maximum of forty requests for production of documents and tangible things should be allowed by each party to any other party.

    E.    A maximum of forty requests for admission should be allowed by each party to any other party.

    F.    A maximum of ten depositions by plaintiffs and ten by defendants should be allowed.

    G.    Each deposition should be limited to a maximum of seven hours, unless extended by agreement of parties.

    H.    Reports from retained experts under Rule 26(a)(2) should be due:

        1.    From the plaintiffs by November 16, 2007; and

        2.    From the defendants by January 11, 2008.

    I.    Supplementations under Rule 26(e) should be due August 8, 2008.

IV.    Other Items.

    A.    The parties do not request a conference with the Court before entry of the scheduling order.

    B.    The parties request a pretrial conference on October 27, 2008.

    C.    The plaintiffs should be allowed until November 2, 2007, to join additional parties and to amend the pleadings.

    D.    The defendants should be allowed until November 30, 2007, to join additional parties and to amend the pleadings.

    E.    All potentially dispositive motions should be filed by September 2, 2008.

    F.    Settlement cannot be evaluated prior to September 2, 2008.

G. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the plaintiffs by October 24, 2008.

H. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the defendants by October 24, 2008.

I. Parties should have fourteen days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

J. The case should be ready for trial by December 1, 2008, and at this time, is expected to take approximately three days.

Dated: September 6, 2007.

                                                    **s/ Steven E. Blair**
Steven E. Blair  (BLA045)
Attorney for Plaintiffs
Clyde Scofield, Tina Scofield, Penny Copely and Robert Hobby

OF COUNSEL:

LAW OFFICES OF STEVEN E. BLAIR
P.O. Box 310843
Enterprise, Alabama 36331-0843
Tel. (334) 308-5375
Fax (334) 308-2055
E-mail: sblair506@hotmail.com

JARED & BRUNSON
P.O. Box 358
Elba, Alabama 36323-0358
Tel. (334) 897-3507
Fax (334) 897-8550
E-mail: mbrunson@charter.net

**s/ James H. Pike**
James H. Pike  (PIK003)
Attorney for Defendants
The City of Florala, Alabama and Neil Pittman

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us