IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLYDE SCOFIELD, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:07-cv-579-MEF |
| CITY OF FLORALA, ALABAMA, et al., | ) ) ) ) |
| Defendants. | ) |

**OBJECTION TO UNIFORM SCHEDULING ORDER AND MOTION TO MODIFY**

Defendants the City of Florala, Alabama, and Neil Pittman object to the expert disclosure deadlines in Section 8 of the Uniform Scheduling Order. (See Doc. 12 at 2, § 8.)

Under the current schedule, the plaintiffs' expert witness disclosures are due the same day as the defendants' dispositive motions – September 5, 2008. (See Doc. 12 at 1, § 2.)

The defendants believe that judicial economy and full presentation of the issues would be best served by a schedule that requires expert witnesses to be disclosed and made available for depositions sufficiently long enough before the dispositive motion deadline to allow their opinions to be addressed in any dispositive motion.

In their joint report of parties' planning meeting, the parties agreed to expert deadlines of November 16, 2007, for the plaintiffs and January 11, 2008 for the defendants. (See Doc. 11 at 2, ¶ III(H).)

1

WHEREFORE, defendants the City of Florala, Alabama, and Neil Pittman object to the current expert disclosure deadlines and move the Court to use the deadlines agreed upon by the parties.

s/ James H. Pike
James H. Pike (PIK003)
Attorney for Defendants
The City of Florala, Alabama

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on September 18, 2007, I electronically served a copy of this document upon:

Steve Blair
P.O. Box 310843
Enterprise, Alabama 36331

Charles M. Brunson
JARED & BRUNSON
P.O. Box 358
Elba, Alabama 36323

s/ James H. Pike
James H. Pike