IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLYDE SCOFIELD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-579-MEF |
| ) | |
| THE CITY OF FLORALA, ALABAMA, ) | |
| *et al.*, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

Upon consideration of the Objection to Uniform Scheduling Order and Motion to Modify (Doc. #13) filed on September 18, 2007, it is hereby

ORDERED that the motion is GRANTED. Section 8 of the Uniform Scheduling Order (Doc. #12) entered on September 12, 2007 is amended to read as follows:

**SECTION 8.** The parties shall disclose to each other the identity of ANY person who may be used at trial to present evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence, and provide the reports of retained experts or witnesses whose duties as an employee of the party regularly involved giving expert testimony, required by Rule 26(a)(2) of the Federal Rules of Civil Procedure, as follows:

From the plaintiff(s) – **November 16, 2007.**

From the defendant(s) – **January 11, 2008.**

The parties shall comply fully with all requirements of Rule 26(a)(2) in regard to disclosure of expert testimony.

DONE this the 21st day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE