IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CLYDE SCOFIELD, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07cv579-MEF |
| | ) | |
| CITY OF FLORALA, ALABAMA, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION AND PROTECTIVE ORDER**

On December 17, 2007, the parties filed a joint Motion for Protective Order (Doc. #15), regarding Clyde Scofield in compliance with the Health Insurance Portability and Accountability Act (HIPPA) of 1996. Upon consideration of that motion, it is

ORDERED that the motion (Doc. #15) is GRANTED. It is further

ORDERED that Counsel for all parties are hereby granted the right, upon compliance with the applicable provisions of the Federal Rules of Civil Procedure, to obtain from all health care providers and health plans all information relating to the past, present, or future physical condition of Clyde Scofield (date of birth XX-XX-1953, Social Security number XXX-XX-1677), as well as information relating to the provision of health care to such individual and payment for the provision of such health care. This Protective Order is intended to help the parties, and third parties who receive subpoenas from the parties, to comply with the requirements of the Federal HIPAA Privacy Rules, 45 C.F.R. § 164.512(e), as a "Qualified Protective Order" under that regulation. This Protective Order expressly

authorizes disclosure of "Protected Health Information", as defined in the Privacy Rules, by the parties and third parties to counsel for the parties, subject to timely objection under the notice provisions Federal Rules of Civil Procedure. The parties and counsel for the parties may use and disclose such information for the purpose of this proceeding only and are to return or destroy such information (including all copies made) at the end of this proceeding.

Done this 20th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE