IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLYDE SCOFIELD, et al, | * | |
| PLAINTIFFS, | * | |
| VS. | * | CASE NO: 2:07-cv-00579-MEF |
| THE CITY OF FLORALA, et al, | * | |
| DEFENDANTS. | * | |

**CONFLICT DISCLOSURE STATEMENT**

Comes Now, Tina Scofield, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                    Relationship to Party
_____        _____

   NONE                                                 _____
_____        

February 8, 2008____                                /s/ Debbie Lindsey Jared_____
   Date                                              Debbie Lindsey Jared (JAR002)
                                                     Attorney for Plaintiffs
                                                     P. O. Box 358
                                                     Elba, Alabama 36323
                                                     334-897-3507

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon all James E. Pike, P. O. Box 6346, Dothan, Alabama 36302, by first class U. S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Court this 8th day of February 2008.

                /s/ Debbie Lindsey Jared
                Debbie Lindsey Jared