## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **CLYDE SCOFIELD, et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:07-cv-579-MEF** |
| | ) | |
| **CITY OF FLORALA, ALABAMA,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### MOTION FOR SUMMARY JUDGMENT

Defendants the City of Florala, Alabama, and Neil Pittman move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. This motion is based upon the accompanying memorandum and supporting evidence.

**s/ James H. Pike**
James H. Pike  (PIK003)
Attorney for Defendants
The City of Florala, Alabama, and Neil Pittman

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

**<u>CERTIFICATE OF SERVICE</u>**

I, James H. Pike, certify that on September 3, 2008, I electronically served

this document upon:

Mr. Charles M. Brunson, Sr.
Jared & Brunson
P.O. Box 358
Elba, AL  36323-0358

Mr. Steven E. Blair
P.O. Box 310843
Enterprise, AL  36331-0843


**s/ James H. Pike**
James H. Pike