IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| CLYDE SCOFIELD, et al., | * |
| | * |
|     PLAINTIFFS, | * |
| | * |
| VS. | *   CASE NO: 2:07-cv-579-MEF |
| | * |
| CITY OF FLORALA, ALABAMA, et al., | * |
| | * |
|     DEFENDANTS. | * |

## **PLAINTIFF'S EXPERT WITNESS LIST**

    Come Now, Plaintiffs, Clyde Scofield, Tina Scofield, Robert Hobby and Penny Copely, and propound the following list of expert witnesses which may be called at the trial of the above-referenced case:

    1.    Dr. Ralph Alving,
            c/o Florala Memorial Hospital
            24273 5th Ave.
            P. O. Box 189
            Florala, Alabama 36442

    Dr. Alving will be testifying to the care of the Plaintiff's care at the Emergency Room, Florala Memorial Hospital.

    Respectfully submitted this the 5th day of September 2008.

                                                    /s/ Debbie Lindsey Jared
                                                  Debbie Lindsey Jared (JAR002)
                                                  Attorney for Plaintiffs
                                                  Post Office Box 358
                                                  Elba, Al 36323
                                                  (334)897-3507

OF COUNSEL:
JARED & BRUNSON
P. O. Box 358
Elba, Alabama 36323

Steven E. Blair
P. O. Box 310843
Enterprise, Alabama 36330

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon James E. Pike, Esq., Shealy, Crum & Pike, P.C., P. O. Box 6346, Dothan, Alabama 36302-6346, by first class U. S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Court this 5th day of September 2008.

                                        /s/ Debbie Lindsey Jared
                                        Debbie Lindsey Jared